cc: DK
Mr. Finefeuiaki
I Sione Finefeuiaki #A1065183., I'm replying according to my case number CV18-00249 DKW-KJM. and I'm notifying the court the names of the Defendants that are responsible for my count I, II, III and VII.

Count: I,
  A.C.O.Zane, A.C.O-Cacho, SGT-Shibao, LT-Abac

Count: II,
  Captain Kawaa, Captain Labasan

Count: III,
  A.C.O.Gouvea, A.C.O.Conrady, S.G.T Shores

Count: VII,
  A.C.O.Gouvea, A.C.O.USE, S.Gt Hedge

the above statements is true. and I Sione Finefeuiaki is shure that these MCCC Staff and Affiliates mention above are liable for those claims.

       Sione Finefeuiaki
        signature

P.S
Is this all that I need to do to support count I-III and VII? or do I put this on the Prison Civil Rights Complaint?

RECEIVED
CLERK U.S. DISTRICT COURT
SEP 10 2018
DISTRICT OF HAWAII