cc: DA
Mr. Finefeuiaki

RECEIVED
CLERK U.S. DISTRICT COURT
SEP 10 2018
DISTRICT OF HAWAII

7-31-18

I bione Finefeuiaki #A1065183 in responding to the case no. 18-00249 DKW-KJM. I'm notifying the court that I elect to stand or should I say that I want to continue to go forward with the count, 1, 2, 3 and 7.

In addition, I don't understand what ameded means due to English is my second laguage. But here I'll do my best to understand these requirements.

1. In count number #1, the Defendants name are, A.C.O-Zane, A.C.O-Cacho, S.G.T Shibao, L.T-Abac.

2. In count number #2, the Defendants name are, Captain-Kawaa, Captain-Labasan

3. In count number #3, the Defendants name are, A.C.O-Gouvea, S.G.T-Shores, A.C.O-Conrady

4. In count number #7, the Defendants names are, A.C.O-Gouvea, A.C.O-Use, S.G.T-Hedge

P.S Do I gotta put these deffendant names on the Civil Rights Complaint?